# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER LAUNDRY EQUIPMENT CORP., <br><br> Plaintiff, <br><br> v. <br><br> STEVE CHAN, et al., <br><br> Defendants. | CIVIL NO. 13-7381(NLH)(AMD) <br><br> **ORDER** |

**APPEARANCES:**

MATTHEW A. GLAZER
COZEN O'CONNOR
457 HADDONFIELD ROAD
SUITE 300
CHRERY HILL, NJ 08002

   *On behalf of plaintiff*

**HILLMAN**, District Judge

   This matter having come before the Court on Plaintiff's request for default, and for a Clerk's entry of default judgment for a sum certain, against defendant Steve Chan, pursuant to Federal Civil Procedure Rule 55(a) and 55(b)(1); and

   Rule 55 providing that obtaining a default judgment is a two-step process--first, when a defendant has failed to plead or otherwise respond, a plaintiff may request the entry of default by the Clerk of the Court, Fed. R. Civ. P. 55(a), and second, after the Clerk has entered the party's default, a plaintiff may

then obtain a judgment by default by either (1) asking the Clerk to enter judgment, if the judgment is a sum certain, or (2) applying to the Court, Fed. R. Civ. P. 55(b); and

Plaintiff appearing to have combined both steps into one filing (Docket No. 13);

Accordingly,

**IT IS HEREBY** on this ___13th___ day of January, 2014

**ORDERED** that the Clerk of the Court is directed to enter default against defendant Steve Chan, pursuant to Fed. R. Civ. P. 55(a); and it is further

**ORDERED** that in a separate docket entry, the Clerk of the Court is directed to enter the judgment of default, pursuant to Fed. R. Civ. P. 55(b)(1), in the amount of $240,557.45.

At Camden, New Jersey                   s/ Noel L. Hillman
                                           NOEL L. HILLMAN, U.S.D.J